IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD P. HARPER, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-2647 |
| FRANKLIN & MARSHALL COLLEGE, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 30th day of March 2011, upon consideration of Defendants Lancaster Bureau of Police and Officer John Doe's Motion to Dismiss (Doc. No. 5), Plaintiffs failure to respond to the Motion for over a six month period, and in accordance with the Opinion of this Court dated March 30, 2011, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 5) is **GRANTED**, and Defendants Lancaster Bureau of Police and Officer John Doe are dismissed as defendants in this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.