IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD P. HARPER, JR., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-2647 |
| FRANKLIN & MARSHALL COLLEGE, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 13th day of July 2011, upon consideration of F&M Employee Defendants' Motion to Dismiss (Doc. No. 8), F&M Security Defendants' Motion to Dismiss (Doc. No. 9), Defendant Barley Snyder LLC's Motion to Dismiss (Doc. No. 13), Plaintiff's failure to respond to the Motions for over a six month period, and in accordance with the Opinion of this Court dated July 13, 2011, it is **ORDERED** that Defendants' Motions to Dismiss (Doc. Nos. 8, 9, 13) are **GRANTED**, the case is **DISMISSED**, and the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.